UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
DONALD JONES,                       :
                                    :
        Plaintiff,                  :   Civ. No. 14-139 (NLH)
                                    :
    v.                              :   ORDER
                                    :
UNITED STATES OF AMERICA,           :
                                    :
        Defendant.                  :
_____:

For the reasons expressed in the accompanying Opinion,

IT IS on this  23rd  day of  December  , 2015,

ORDERED that Plaintiff's Motions for Summary Judgment (ECF No. 56, 58) are DENIED WITHOUT PREJUDICE; and it is further

ORDERED that Plaintiff's Motion for Expansion of time in which to submit his USM 285 forms is GRANTED.  Plaintiff shall submit his USM 285 forms within 60 days of the date of this Order; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.


                                    ___s/ Noel L. Hillman_____
                                    NOEL L. HILLMAN
                                    United States District Judge

At Camden, New Jersey